Marilyn Raia, SBN 072320
E-mail:marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:  415.352.2701

Attorneys for Defendant Starlink Freight System (SFO) Inc. erroneously sued as "Apex Maritime Co., Inc." and "Apex Shipping Co., Inc."

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NO. MC-1457,<br><br>Plaintiff,<br><br>vs.<br><br>MAERSK A/S, a foreign corporation; APEX MARITIME CO., INC., a California corporation; and APEX SHIPPING CO., INC., an entity of unknown corporate form,<br><br>Defendants. | Case No.: 4:20-cv-08958-KAW<br><br>**ANSWER TO COMPLAINT OF DEFENDANT STARLINK FREIGHT SYSTEM (SFO) INC. ERRONEOUSLY SUED AS APEX MARITIME CO., INC. AND APEX SHIPPING CO., INC.** |

Starlink Freight System (SFO) Inc. sued erroneously as Apex Maritime Co. Inc. and Apex Shipping Co Inc. answers plaintiff's unverified complaint as follows:

1. Starlink lacks sufficient information and belief to answer the allegations of paragraph 1 and on that basis denies them.

2. Starlink admits that at all times herein material it was engaged in business as a common carrier in international trade. Except as admitted, Starlink denies the allegations of paragraph 2.

///

4851-5274-2368.1 — 1 —

ANSWER TO COMPLAINT OF DEFENDANT STARLINK FREIGHT SYSTEM (SFO) INC. ERRONEOUSLY SUED AS APEX MARITIME CO., INC. AND APEX SHIPPING CO., INC.: CASE NO.: 4:20-CV-08958-KAW

3.  Starlink admits the allegations of paragraph 3 but in doing so does not admit the truth of the allegations in the complaint.

4.  Starlink admits the allegations of paragraph 4.

5.  Starlink admits that bill of lading no. A1912280763 was issued on December 24, 2019 for the shipment that is the subject of this action and that the terms and conditions of said bill of lading provide for venue in the state or federal courts in San Francisco.  Starlink further admits that it contracted for the transportation of the subject shipment from Yantian, China to Ontario, CA pursuant to the terms and conditions on said bill of lading. Except as admitted, Starlink denies the allegations of paragraph 5.

6.  Starlink denies the allegations of paragraph 6.

7.  Starlink lacks sufficient information and belief to respond to the allegations of paragraph 7 and on that basis denies them.

8.  Starlink denies the allegations of paragraph 8 and denies plaintiff has been damaged in any amount.

**FIRST AFFIRMATIVE DEFENSE**

As and for a first further separate and affirmative defense, Starlink alleges plaintiff's complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

As and for a second further separate and affirmative defense, Starlink alleges it is entitled to all of the defenses, limitation and exemptions contained in the terms and conditions set forth in all bills of lading pertaining to the subject shipment.

**THIRD AFFIRMATIVE DEFENSE**

As and for a third further separate and affirmative defense, Starlink alleges plaintiff stands in the shoes of its insured which had unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

As and for a fourth further separate and affirmative defense, Starlink alleges plaintiff stands in the shoes of its insured which did not act in good faith.

///

**FIFTH AFFIRMATIVE DEFENSE**

As and for a fifth further separate and affirmative defense, Starlink alleges it is entitled to all of the defenses, limitations and exemptions found in the United States Carriage of Goods by Sea Act.

**SIXTH AFFIRMATIVE DEFENSE**

As and for a sixth further separate and affirmative defense, Starlink alleges plaintiff and/or its insured failed to mitigate their damages.

**SEVENTH AFFIRMATIVE DEFENSE**

As and for a seventh further separate and affirmative defense, Starlink did not give notice of the alleged damage as required.

**EIGHTH AFFIRMATIVE DEFENSE**

As and for an eighth further separate and affirmative defense, Starlink alleges plaintiff may not be the real party in interest for all of the damages claimed.

**NINTH AFFIRMATIVE DEFENSE**

As and for a ninth further separate and affirmative defense, Starlink alleges if plaintiff suffered any damages, which damages are denied, said damages proximately resulted from the acts and/or omissions of third parties.

**TENTH AFFIRMATIVE DEFENSE**

As and for a tenth further separate and affirmative defense, Starlink alleges if plaintiff suffered any damages, which damages are denied, said damages proximately resulted from the acts of plaintiff's insured which are binding on plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

As and for an eleventh further separate and affirmative defense, Starlink alleges if it is held liable to plaintiff, which liability is denied, it is entitled to indemnity from co-defendant Maersk A/S.

///

///

///

WHEREFORE, Starlink prays for judgment in its favor and against plaintiff and that Starlink be awarded its costs of suit and such other relief as the court deems just.

DATED: April 2, 2021

BULLIVANT HOUSER BAILEY PC

By  */s/ Marilyn Raia*
Marilyn Raia

Attorneys for Defendant Starlink Freight System (SFO) Inc. erroneously sued as "Apex Maritime Co., Inc." and "Apex Shipping Co., Inc."